## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-35611 |
| | § | |
| MIROSLAW DZIEDZIC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $14,000.00 | Assets Exempt: | $2,250.00 |
| Total Distributions to Claimants: | $12,922.43 | Claims Discharged Without Payment: | $157,395.54 |
| Total Expenses of Administration: | $6,327.57 | | |

3)      Total gross receipts of $19,250.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $19,250.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $20,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $6,327.57 | $6,327.57 | $6,327.57 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $168,357.01 | $28,583.96 | $28,583.96 | $12,922.43 |
| **Total Disbursements** | $188,357.01 | $34,911.53 | $34,911.53 | $19,250.00 |

4).  This case was originally filed under chapter 7 on 11/30/2017.  The case was pending for 15 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/06/2019                    By:    /s/ David P. Leibowitz
                                                            Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2009 Volvo Tractor Truck | 1229-000 | $19,250.00 |
| **TOTAL GROSS RECEIPTS** | | $19,250.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Eagle | 4110-000 | $20,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $20,000.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,675.00 | $2,675.00 | $2,675.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $36.25 | $36.25 | $36.25 |
| Green Bank | 2600-000 | NA | $21.47 | $21.47 | $21.47 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $727.50 | $727.50 | $727.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $41.20 | $41.20 | $41.20 |
| Auctioneer's Buyer's Premium, Auctioneer for Trustee | 3610-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| American Auction Associates, Inc., Auctioneer for Trustee | 3620-000 | NA | $1,076.15 | $1,076.15 | $1,076.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | | $6,327.57 | $6,327.57 | $6,327.57 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Bank NA dba Elan Financial Services | 7100-900 | $3,614.00 | $2,999.06 | $2,999.06 | $2,999.06 |
| 2 | Alexian Brothers | 7200-000 | $23,009.00 | $25,584.90 | $25,584.90 | $9,923.37 |
| | Advanced Endocrinology | 7100-000 | $1,130.00 | $0.00 | $0.00 | $0.00 |
| | American Medical Collectiom | 7100-000 | $108.28 | $0.00 | $0.00 | $0.00 |
| | Amita Health | 7100-000 | $184.10 | $0.00 | $0.00 | $0.00 |
| | CARDMEMBER SERVICES | 7100-000 | $3,756.00 | $0.00 | $0.00 | $0.00 |
| | Credit Collection Services | 7100-000 | $119.71 | $0.00 | $0.00 | $0.00 |
| | Creditors Discount | 7100-000 | $2,393.00 | $0.00 | $0.00 | $0.00 |
| | Dependon Collection Services | 7100-000 | $724.81 | $0.00 | $0.00 | $0.00 |
| | Elk Grove Radiology | 7100-000 | $2,393.00 | $0.00 | $0.00 | $0.00 |
| | Faith Medical | 7100-000 | $1,140.00 | $0.00 | $0.00 | $0.00 |
| | First American Bank | 7100-000 | $3,340.50 | $0.00 | $0.00 | $0.00 |
| | Germbusters | 7100-000 | $2,445.00 | $0.00 | $0.00 | $0.00 |
| | Harris Bank | 7100-000 | $1,079.00 | $0.00 | $0.00 | $0.00 |
| | Harris Bank | 7100-000 | $184.00 | $0.00 | $0.00 | $0.00 |
| | HRRG | 7100-000 | $1,057.00 | $0.00 | $0.00 | $0.00 |
| | Malcom S. Gerald & Associates Inc | 7100-000 | $96,002.37 | $0.00 | $0.00 | $0.00 |
| | MEA | 7100-000 | $1,057.00 | $0.00 | $0.00 | $0.00 |
| | Merchants CR | 7100-000 | $3,668.50 | $0.00 | $0.00 | $0.00 |
| | Merchants CR | 7100-000 | $380.00 | $0.00 | $0.00 | $0.00 |
| | Merchants CR | 7100-000 | $4,048.50 | $0.00 | $0.00 | $0.00 |
| | Midstate Collection Solutions | 7100-000 | $1,365.00 | $0.00 | $0.00 | $0.00 |
| | Nationwide Credit | 7100-000 | $206.00 | $0.00 | $0.00 | $0.00 |
| | Northland Group Inc | 7100-000 | $3,842.60 | $0.00 | $0.00 | $0.00 |
| | Northland Group Inc | 7100-000 | $3,614.36 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Oncology of Northshore | 7100-000 | $1,365.00 | $0.00 | $0.00 | $0.00 |
| PO BOX 790408 | 7100-000 | $3,340.50 | $0.00 | $0.00 | $0.00 |
| Quest Diagnostics | 7100-000 | $108.28 | $0.00 | $0.00 | $0.00 |
| Stanisccontr | 7100-000 | $416.00 | $0.00 | $0.00 | $0.00 |
| Suburban Lung Associates | 7100-000 | $2,265.50 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $168,357.01 | $28,583.96 | $28,583.96 | $12,922.43 |

FORM

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit 8

| Case No.: | 17-35611 | | Trustee Name: | David Leibowitz |
| Case Name: | DZIEDZIC, MIROSLAW | | Date Filed (f) or Converted (c): | 11/30/2017 (f) |
| For the Period Ending: | 2/6/2019 | | §341(a) Meeting Date: | 01/04/2018 |
| | | | Claims Bar Date: | 05/09/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   2016 Mitsubishi Outlander | $14,000.00 | $0.00 | | $0.00 | FA |
| 2   Furniture | $800.00 | $0.00 | | $0.00 | FA |
| 3   TV | $300.00 | $0.00 | | $0.00 | FA |
| 4   Clothes | $400.00 | $0.00 | | $0.00 | FA |
| 5   Cash | $150.00 | $0.00 | | $0.00 | FA |
| 6   Harris Bank Personal Checking | $100.00 | $0.00 | | $0.00 | FA |
| 7   Harris Bank Business Checking | $500.00 | $0.00 | | $0.00 | FA |
| 8   Great Green Frog Inc. Closed January, 2017 100 % | $0.00 | $0.00 | | $0.00 | FA |
| 9   2009 Volvo Tractor Truck                    (u) | $0.00 | $16,000.00 | | $19,250.00 | FA |

**Asset Notes:**   Truck was sold at auction per order entered on 02/27/2018 (dkt #21).

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

$16,250.00          $16,000.00                     $19,250.00          $0.00

| Initial Projected Date Of Final Report (TFR): | 08/31/2018 | Current Projected Date Of Final Report (TFR): | /s/ DAVID LEIBOWITZ |
| | | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-35611 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DZIEDZIC, MIROSLAW | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3494 | | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/30/2017 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/6/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/08/2018 | | American Auction Associates, Inc. | Proceeds from Auction of 2009 Volvo Tractor Truck | * | $17,500.00 | | $17,500.00 |
| | {9} | | Proceeds from Auction of 2009 Volvo Tractor Truck $19,250.00 | 1229-000 | | | $17,500.00 |
| | | | Auctioneer's Buyer's Premium $(1,750.00) | 3610-000 | | | $17,500.00 |
| 06/08/2018 | 3001 | American Auction Associates, Inc. | Reimbursement for Auctioneer's Expenses | 3620-000 | | $1,076.15 | $16,423.85 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $21.47 | $16,402.38 |
| 01/15/2019 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $36.25 | $16,366.13 |
| 01/15/2019 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,675.00 | $13,691.13 |
| 01/15/2019 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $727.50; Distribution Dividend: 100.00%; | 3110-000 | | $727.50 | $12,963.63 |
| 01/15/2019 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $41.20; Distribution Dividend: 100.00%; | 3120-000 | | $41.20 | $12,922.43 |
| 01/15/2019 | 3006 | U.S. Bank NA dba Elan Financial Services | Claim #: 1; Amount Claimed: $2,999.06; Distribution Dividend: 100.00%; | 7100-900 | | $2,999.06 | $9,923.37 |
| 01/15/2019 | 3007 | Alexian Brothers | Claim #: 2; Amount Claimed: $25,584.90; Distribution Dividend: 38.79%; | 7200-000 | | $9,923.37 | $0.00 |

| | | | | SUBTOTALS | $17,500.00 | $17,500.00 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2          Exhibit 9

| Case No. | 17-35611 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DZIEDZIC, MIROSLAW | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3494 | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/30/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/6/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $17,500.00 | $17,500.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $17,500.00 | $17,500.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $17,500.00 | $17,500.00 | |

| For the period of 11/30/2017 to 2/6/2019 | | For the entire history of the account between 06/08/2018 to 2/6/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $19,250.00 | Total Compensable Receipts: | $19,250.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,250.00 | Total Comp/Non Comp Receipts: | $19,250.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $19,250.00 | Total Compensable Disbursements: | $19,250.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19,250.00 | Total Comp/Non Comp Disbursements: | $19,250.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Case 17-35611 **FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-35611 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DZIEDZIC, MIROSLAW | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3494 | Checking Acct #: | ******1101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/30/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/6/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $17,500.00 | $17,500.00 | $0.00 |

| **For the period of 11/30/2017 to 2/6/2019** | | **For the entire history of the case between 11/30/2017 to 2/6/2019** | |
|---|---|---|---|
| Total Compensable Receipts: | $19,250.00 | Total Compensable Receipts: | $19,250.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $19,250.00 | Total Comp/Non Comp Receipts: | $19,250.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $19,250.00 | Total Compensable Disbursements: | $19,250.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $19,250.00 | Total Comp/Non Comp Disbursements: | $19,250.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ